AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Paula Hill

**V.**

Rincon Band of Luiseno Indians, et al.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**     06CV2544-JAH(POR)

[ ]     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss Plaintiff's First Amended Complaint with prejudice is granted.

| August 22, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ J. Petersen

(By) Deputy Clerk

ENTERED ON August 22, 2007

06CV2544-JAH(POR)